**Reynaldo SIMMONS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104251**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: March 28, 2017

Matthew W. Huckeby, St. Louis, MO, for Appellant.

Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

PER CURIAM.

Reynaldo Simmons ("Appellant") appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Appellant claims the motion court erred in denying his motion for post-conviction relief because his plea counsel provided ineffective assistance of counsel when she unreasonably relied on a Sentencing Advisory Commission report to advise Appellant on the sentence he would likely receive if he pled guilty not pursuant to an agreement with the State. We find that Appellant's claims are refuted by the record and affirm the motion court's ruling.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).